NATIONAL TRANSPORTATION CO., INC., v. EMERALD CAB CORPORATION et al., Impleaded with Others.—
Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

MARY DOUGLASS v. CITY OF NEW YORK.—
Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

In the Matter of MARTIN J. KEANE et al. against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission, et al., and JOSEPH M. BARRY, Individually and on Behalf of Others Similarly Situated.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

MARTIN M. ZIMBALIST, as Receiver of the Property of HARRY FINN, v. FINCO DYE & PRINT WORKS, INC., et al.—
Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS G. PACENT v. WARNER BROS. PICTURES, INC., et al.—
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

EMANUEL D. KING, on Behalf of Himself and All Other Stockholders of A. G. SPALDING & BROS., INC., v. A. G. SPALDING & BROS., INC., et al., Impleaded with CHARLES F. ROBBINS et al.
Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PIERCE T. WETTER v. ROBERT MOSES, Individually and as Commissioner of Parks of the City of New York.—
Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

CHARLES BRACELIN v. MILDRED BRACELIN.—
Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

In the Matter of MAE HALLEWELL, as Executrix of FRANK A. VAUPEL, Deceased. RICHARD J. MACKEY et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

(May 28, 1943.)

JOHN MARTINITZ, Respondent, v. JOHN TRAINER et al., Appellants.—

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to affirm. Settle order on notice.